1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

8

ACCU CLEAN LLC,

9

          Plaintiff,

10

    v.

11

AMAZON CORPORATE LLC,
d/b/a AMAZAN.COM [sic],

12

13

          Defendant.

14

No.  1:12-CV-129 JCC/IDD

ANSWER AND AFFIRMATIVE
DEFENSES

15

Amazon Corporate LLC ("Amazon") answers the Complaint as follows:

16

        1.     Amazon lacks information sufficient to form a belief as to the truth of the

17

allegations set forth in Paragraph 1 of the Complaint and therefore denies the same.

18

        2.     Amazon lacks information sufficient to form a belief as to the truth of the

19

allegations set forth in Paragraph 2 of the Complaint and therefore denies the same.

20

        3.     Amazon denies that it is a corporation organized under the laws of the State of

21

Washington.

22

        4.     Amazon admits that the parties entered into a contract for janitorial services.  The

23

contract, attached to the Complaint, speaks for itself.  Amazon denies any attempt to

24

mischaracterize the terms of the contract.

25

        5.     Amazon lacks information sufficient to form a belief as to the truth of the

26

allegations set forth in Paragraph 5 of the Complaint and therefore denies the same.

ANSWER AND AFFIRMATIVE DEFENSES - 1

1      6.     Amazon lacks information sufficient to form a belief as to the truth of the

2    allegations set forth in Paragraph 6 of the Complaint and therefore denies the same.

3      7.     Amazon admits that it contacted Accu Clean LLC in July and September 2008

4    regarding a review of its disbursement process. Amazon's correspondence, attached to the

5    Complaint, speaks for itself. Amazon denies the remaining allegations contained in Paragraph 7

6    of the Complaint.

7      8.     Amazon lacks information sufficient to form a belief as to the truth of the

8    allegations set forth in Paragraph 8 of the Complaint and therefore denies the same.

9      9.     Amazon lacks information sufficient to form a belief as to the truth of the

10   allegations set forth in Paragraph 9 of the Complaint and therefore denies the same

11     10.    The allegations contained in Paragraph 10 of the Complaint constitute a legal

12   conclusion to which no response is required. To the extent a response is required, Amazon

13   denies the allegations contained in Paragraph 10 of the Complaint.

14                                 **Count I:  Breach of Contract**

15     11.    The allegations contained in Paragraph 11 of the Complaint constitute a legal

16   conclusion to which no response is required. To the extent a response is required, Amazon

17   denies the allegations contained in Paragraph 11 of the Complaint.

18                                    **AFFIRMATIVE DEFENSES**

19        By way of further answer and as affirmative defenses, Amazon alleges as follows:

20     1.     The Complaint fails to state a claim upon which relief can be granted.

21     2.     Plaintiff's claims are barred, either in whole or in part, by the equitable doctrines

22   of estoppel and/or unclean hands.

23     3.     Even if Plaintiff were entitled to judgment, which it is not, Plaintiff is not entitled

24   to recovery of attorney's fees and costs.

25

26

ANSWER AND AFFIRMATIVE DEFENSES - 2

1

**RESERVATION**

2      Amazon reserves the right to add defenses and affirmative defenses, to add counterclaims

3  and third-party defendants, and to argue legal theories in addition to or in lieu of those.

4      Dated this 28th day of February, 2012           Respectfully Submitted,
                                                        AMAZON CORPORATE LLC,
5                                                       d/b/a AMAZAN.COM [sic]
6                                                       By Counsel

7
        /s/ Daniel Poretz
8      Daniel Poretz
       Virginia Bar No. 71372
9      King, Campbell & Poretz, PLLC
       108 North Alfred Street
10     Alexandria, Virginia 22314
       Tele: 703.683.7070
11     Fax: 703.652.6010
       Email:   .n/@king campbell.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ANSWER AND AFFIRMATIVE DEFENSES - 3

1                             CERTIFICATE OF SERVICE

2             I hereby certify that on this 28th day of February 2012, a true copy of the foregoing was

3 filed electronically with the clerk of the court using the CM/ECF system which will send

4 notifications of such filing to the following:

5

Fred M. Rejali
6 Virginia Bar No. 38127
8300 Greensboro Drive, Suite 800
7 McLean, Virginia 22314
*Counsel for Defendant*
8

9

10                              /s/ Daniel Poretz

11                            _____
                             Daniel Poretz
12                              Virginia Bar No. 71372
                             King, Campbell & Poretz, PLLC
13                              108 North Alfred Street
                             Alexandria, Virginia 22314
14                              Tele: 703.683.7070
                             Fax: 703.652.6010
15                              Email: dan@kingcampbell.com

16

17

18

19

20

21

22

23

24

25

26

ANSWER AND AFFIRMATIVE DEFENSES - 4